**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 01-4266**

————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ROBERT EARL COLE,

                              Defendant - Appellant.

————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., Chief District Judge.  (CR-00-274)

————————

Submitted:  August 28, 2001        Decided:  September 11, 2001

————————

Before WIDENER, LUTTIG, and KING, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Thomas N. Cochran, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant.  Benjamin H. White, Jr., United States Attorney, Steven H. Levin, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Earl Cole pled guilty to possession with intent to distribute cocaine and carrying a firearm during a drug trafficking crime. For the reasons that follow, we affirm.

On appeal, Cole alleges that the government breached an oral agreement. We do not find that the district court's factual finding that the government did not breach the oral plea agreement was clearly erroneous. United States v. Conner, 930 F.2d 1073, 1076-77 (4th Cir. 1991). Thus, this claim fails. Although we grant Cole's motion to file a pro se supplemental brief, we find no merit to any of the claims raised therein.

Accordingly, we affirm Cole's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2